# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2026-0914
Lower Tribunal No. 2021-DP-000565

_____

In the Interest of L.N., a child.

C.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

July 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Lynn James Hinson, Orlando, for Appellee, Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED